United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                                  Case No. 14-17201-amc
Elaine M. Farnum                                                                        Chapter 13
Elaine M. Farnum
        Debtors

## CERTIFICATE OF NOTICE

District/off: 0313-2        User: ChrissyW              Page 1 of 1              Date Rcvd: Aug 24, 2016
                            Form ID: pdf900             Total Noticed: 3

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 26, 2016.
db            +Elaine M. Farnum,    MAILING ADDRESS,    P.O. Box 28957,    Philadelphia, PA 19151-0957
db            +Elaine M. Farnum,    313 N. 65th Street,    Philadelphia, PA 19139-1009

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
13386443       E-mail/Text: bankruptcy@phila.gov Aug 25 2016 01:59:32     City of Philadelphia,
               Dept of Revenue,    P.O. Box 1630,    Philadelphia, Pa  19105-1630
                                                                                                TOTAL: 1

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 26, 2016                              Signature:  /s/Joseph Speetjens

_____

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 24, 2016 at the address(es) listed below:
              ANDREW F GORNALL    on behalf of Creditor    Beal Bank S.S.B. agornall@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              JACK K. MILLER    on behalf of Trustee WILLIAM C. MILLER philaecf@gmail.com,
               ecfemails@ph13trustee.com
              JONATHAN H. STANWOOD    on behalf of Debtor Elaine M. Farnum jhs@stanwoodlaw.com,
               dac@stanwoodlaw.com,nff@stanwoodlaw.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor    Beal Bank S.S.B. bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              MEGAN N. HARPER    on behalf of Creditor    City of Philadelphia megan.harper@phila.gov,
               james.feighan@phila.gov
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER    on behalf of Trustee WILLIAM C. MILLER ecfemails@ph13trustee.com,
               philaecf@gmail.com
              WILLIAM C. MILLER    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                                TOTAL: 8

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:  :  In Chapter 13
  :
ELAINE M. FARNUM  :  Case No. 14-17201 (AMC)
  :
Debtor.  :

## STIPULATION AND ORDER IN LIEU OF OBJECTION REGARDING THE CITY OF PHILADELPHIA'S PROOF OF CLAIM

Elaine M. Farnum (the "Debtor") and the City of Philadelphia (the "City") in order to reach an agreement in lieu of objection to the City's Proof of Claim in the above-captioned case hereby enter into this Stipulation and Order in Lieu of Objection Regarding the City of Philadelphia's Proof of Claim (the "Stipulation").

WHEREAS, the Debtor commenced the above-captioned bankruptcy case on September 8, 2014.

WHEREAS, on March 8, 2016, the City filed proof of claim no. 3-2 (the "Claim") in the amount of $32,879.05.

WHEREAS, the Claim included an assessed priority unsecured claim for non-filed 2005 business income and receipts tax in the amount of $458.80 (the "Assessed Claim");

WHEREAS, the Claim also includes a judgment in the amount of $5,082.00 for a code enforcement action Case No. CE-08-03-73-1186 (the "Code Enforcement Judgment") for failure to file the 2005 business income and receipts tax return;

WHEREAS, the Debtor subsequently filed the missing tax return that was the subject of the Assessed Claim and the Code Enforcement Judgment;

1

NOW, THEREFORE, in consideration of the background set forth above and the terms and conditions of this Stipulation as more fully set forth below, the Debtor and the City (collectively referred to as the "Parties") agree to be bound and do hereby stipulate as follows:

1. The Parties wish to reach an agreement regarding amendment of the Claim.

2. The parties agree that the portion of the Claim that relates to the Code Enforcement Judgment shall be adjusted to an allowed secured claim in the amount of $582.00.

3. The parties further agree that the assessed priority unsecured claim for 2005 business income and receipts taxes shall be adjusted to $1,677.76 per the return.

4. Within ten (10) days of this Stipulation receiving approval by this Honorable Court, the City shall amend its Claim to reflect the adjustments set forth above in paragraphs 2 and 3.

6. Within ten (10) days of the City amending its Claim, the Debtor shall amend her Plan to provide for the payment of the City's Claim in full including post-petition interest.

7. The terms of this Stipulation shall not be binding upon the City should this case be dismissed or converted to a case under Chapter 7 of the Bankruptcy Code.

Respectfully submitted,

Date: August 11, 2016

_____
Jonathan H. Stanwood, Esq.
For the Debtor

Date: 8/18/2016

_____
Megan N. Harper, Esquire
Deputy City Solicitor
Attorney for the City of Philadelphia

AND NOW, this 23rd day of August, 2016, upon consideration of the Stipulation between Elaine M. Farnum and the City of Philadelphia, it is hereby ORDERED that the Stipulation is approved.

_____
ASHELY M. CHAN
UNITED STATES BANKRUPTCY JUDGE

3