UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Chapter 13 |
|     Elaine Farnum | : | |
|         Debtor | : | Bankruptcy No. 14-17201 |

### Certificate of Service

I, Jonathan H. Stanwood, Esquire, attorney for the debtor, pursuant to L.B.R. Local Rule 3015-1, hereby certify that on the date indicated below I caused a copy of the 3rd Amended Chapter 13 Plan to be served either electronically or via first class mail on all secured and priority creditors and the chapter 13 trustee.

                                            By:    /s/ Jonathan H. Stanwood
                                                     Jonathan H. Stanwood

Dated: August 30, 2016