# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  Elaine M. Farnum | |
|       Debtor | |
| | CHAPTER 13 |
| Beal Bank S.S.B. | |
|       Movant | |
|   vs. | |
| Elaine M. Farnum | NO. 14-17201 AMC |
|       Debtor | |
|       Trustee | |
| | 11 U.S.C. Section 362 |

## PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

   Kindly withdraw the Objection to Confirmation of Beal Bank S.S.B., which was filed with the Court on or about **February 3, 2015, docket entry #32**.

                                                Respectfully submitted,

                                                **/s/ Joshua I. Goldman, Esquire**
                                                Joshua I. Goldman, Esquire
                                                Attorneys for Movant/Applicant
                                                KML Law Group, P.C.
                                                Main Number: (215) 627-1322

August 31, 2016