UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | CASE NO: 14-17201 |
| Elaine Farnum | : | |
| Debtor | : | Chapter 13 |

**PRE-CONFIRMATION CERTIFICATION OF COMPLIANCE WITH POST PETITION OBLIGATIONS IN ACCORDANCE WITH 11 U.S.C. SECTION 1325(a)(8) AND (a)(9)**

I, Jonathan H. Stanwood, Esquire, attorney for the Debtor, upon my oath according to law, hereby certify as follows in connection with the confirmation hearing scheduled for March 31, 2015, in the above-referenced case:

1. The above-named debtor is current with all post-petition obligations.

2. The above-named debtor has paid all post petition amounts that are required to be paid under any and all Domestic Support Obligations.

3. The above-named debtor has filed all applicable Federal, State, and local tax returns, as required by 11 U.S.C. Section 1308.

4. If the confirmation hearing date stated above is adjourned for any reason, and the information herein changes, an updated Certification will be provided to the standing trustee prior to any subsequent Confirmation hearing date.

5. If this certification is being signed by counsel for the debtor, counsel certifies that the debtor was duly questioned on September 2, 2016 about the statements in this Certification and supplied answers consistent with this Certification.

By:   /s/ Jonathan H. Stanwood
Jonathan H. Stanwood, Esquire
Attorney for the Debtors
8 Penn Center, Suite 1000
1628 J.F.K. Blvd
Philadelphia, Pa 19103
(215) 569-1040
Dated: September 2, 2016