```
                  UNITED STATES BANKRUPTCY COURT
                  EASTERN DISTRICT OF PENNSYLVANIA
```

In re:                              :        Chapter 13

    Elaine Farnum                  :

        Debtor                  :        No.: 14-17201

## CERTIFICATION OF SERVICE

I, Jonathan H. Stanwood, Esquire, attorney for Debtor, hereby certify that, pursuant to L.B.R. 2016-1(a), I served a copy of the Application for Compensation to the following parties by first-class mail, postage prepaid or electronically, on September 15, 2016.

William Miller, Esquire          Office of the U.S. Trustee
Chapter 13 Trustee               833 Chestnut Street, Suite 501
*via ECF notification*           Philadelphia, Pa 19107

Elaine Farnum
P.O. Box 28957
Philadelphia, Pa  19151


                                      By:  /s/ Jonathan H. Stanwood
                                           Jonathan H. Stanwood, Esquire
                                           Attorney for Debtor