```
                    UNITED STATES BANKRUPTCY COURT
                    EASTERN DISTRICT OF PENNSYLVANIA
```

In re:                                  :         Chapter 13

    Elaine Farnum                       :

        Debtor                      :         No.: 14-17201

## **N O T I C E**

TO THE DEBTOR, CREDITORS AND PARTIES IN INTEREST, NOTICE IS HEREBY GIVEN:

Jonathan H. Stanwood, Esquire, counsel for Debtor has filed an Application for Counsel Fees on September 15, 2016 seeking an award in the amount of $4,500.00. Copies of the foregoing documents are on file and may be reviewed at:

```
              The Clerk's Office
         United States Bankruptcy Court
              900 Market Street
             Philadelphia, PA 19106
```

Any creditor or party-in-interest may file an answer, objection or other responsive pleading or request a hearing, stating the reasons why a hearing is necessary with the Clerk, United States Bankruptcy Court, 900 Market Street, Philadelphia, Pennsylvania, 19106, and serve a copy on counsel for Debtor, whose name and address appear below, on or before twenty (20) days after receiving this notice.

In the absence of any answer, objection, other responsive pleading or request for a hearing, debtor's counsel may file certification of no objection and the Court may enter such relief as is requested.

```
                              Jonathan H. Stanwood, Esquire
                              8 Penn Center, Suite 1000
                              1628 J.F.K. Blvd.
                              Philadelphia, Pa 19103
```