IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

------------------------------------------------------x
In re:                                              :
                                                    :    In Chapter 13
    ELAINE M. FARNUM                                :
                                                    :    Bankruptcy No. 14-17201 (AMC)
                Debtor.                             :
------------------------------------------------------x

## PRAECIPE TO WITHDRAW OBJECTION

TO THE CLERK OF THE BANKRUPTCY COURT:

Kindly withdraw the City of Philadelphia's Objection to the Proposed Amended Chapter 13 Plan (Document #82) which was filed on March 22, 2016.

        Respectfully submitted,

        THE CITY OF PHILADELPHIA

Dated: October 11, 2016        By:   */s/ Megan N. Harper*
        MEGAN N. HARPER
        Deputy City Solicitor
        PA Attorney I.D. 81669
        Attorney for the City of Philadelphia
        And/or Water Revenue Bureau
        City of Philadelphia Law Department
        Municipal Services Building
        1401 JFK Boulevard, 5th Floor
        Philadelphia, PA  19102-1595
        215-686-0503 (phone)
        Email: Megan.Harper@phila.gov