UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Chapter 13 |
|    Elaine Farnum | : | |
|    Debtor | : | No.: 14-17201 |

**CERTIFICATION OF NOTICE AND NO OBJECTION
<u>PURSUANT TO L.B.R. 2016-1</u>**

     I, Jonathan H. Stanwood, Esquire, counsel for Debtor, hereby certify that I served a copy of an Application for Compensation on the Debtor, the Trustee, the Office of the U.S. Trustee on September 15, 2016;

     I further certify that as of this date, twenty (20) days has elapsed and no objection has been received to the application.

                                  By:

                                  <u>/s/ Jonathan H. Stanwood</u>
                                  Jonathan H. Stanwood, Esquire
                                  Attorney for Debtor
                                  Dated: <u>October 12, 2016</u>