UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:                                         :       Chapter 13
    Elaine Farnum                              :
    Debtor                                     :       No.: 14-17201

**O R D E R**

AND NOW, this **13th** day of **October**, 2016 upon application of counsel for an award of compensation and reimbursement of actual, necessary expenses, it is hereby ORDERED that counsel is allowed $4,500.00 as fees and $4.90 in costs for services rendered in connection with the above referenced case, $1,125.00 having been paid by the Debtor in advance of filing and $3,375.00 payable by the Chapter 13 Trustee with funds paid by the Debtors in accordance with the confirmed Chapter 13 Plan.

By the Court:

_____
Ashely M. Chan
Judge
United States Bankruptcy Court

Copies to:

Elaine Farnum
P.O. Box 28957
Philadelphia, Pa  19151

Jonathan H. Stanwood, Esquire
*via ECF notification*

William Miller, Esquire
Chapter 13 Trustee
*via ECF notification*