United States Bankruptcy Court
Eastern District of Pennsylvania

```
In re:                                                           Case No. 14-17201-amc
Elaine M. Farnum                                                 Chapter 13
Elaine M. Farnum
        Debtors
```

## CERTIFICATE OF NOTICE

```
District/off: 0313-2          User: ChrissyW            Page 1 of 1              Date Rcvd: Oct 13, 2016
                              Form ID: pdf900           Total Noticed: 2
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 15, 2016.
```
db            +Elaine M. Farnum,    MAILING ADDRESS,    P.O. Box 28957,    Philadelphia, PA 19151-0957
db            +Elaine M. Farnum,    313 N. 65th Street,    Philadelphia, PA 19139-1009
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                    TOTAL: 0

```
          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                    TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 15, 2016                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 13, 2016 at the address(es) listed below:
```
              ANDREW F GORNALL    on behalf of Creditor   Beal Bank S.S.B. agornall@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              JACK K. MILLER    on behalf of Trustee WILLIAM C. MILLER philaecf@gmail.com,
               ecfemails@ph13trustee.com
              JONATHAN H. STANWOOD    on behalf of Debtor Elaine M. Farnum jhs@stanwoodlaw.com,
               dac@stanwoodlaw.com,nff@stanwoodlaw.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor   Beal Bank S.S.B. bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              MEGAN N. HARPER    on behalf of Creditor   City of Philadelphia megan.harper@phila.gov,
               james.feighan@phila.gov
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER    on behalf of Trustee WILLIAM C. MILLER ecfemails@ph13trustee.com,
               philaecf@gmail.com
              WILLIAM C. MILLER    ecfemails@ph13trustee.com, philaecf@gmail.com
                                                                                             TOTAL: 8
```

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Chapter 13 |
| Elaine Farnum | : | |
| Debtor | : | No.: 14-17201 |

### O R D E R

AND NOW, this **13th** day of **October**, 2016 upon application of counsel for an award of compensation and reimbursement of actual, necessary expenses, it is hereby ORDERED that counsel is allowed $4,500.00 as fees and $4.90 in costs for services rendered in connection with the above referenced case, $1,125.00 having been paid by the Debtor in advance of filing and $3,375.00 payable by the Chapter 13 Trustee with funds paid by the Debtors in accordance with the confirmed Chapter 13 Plan.

By the Court:

_____
Ashely M. Chan
Judge
United States Bankruptcy Court

Copies to:

Elaine Farnum
P.O. Box 28957
Philadelphia, Pa  19151

Jonathan H. Stanwood, Esquire
*via ECF notification*

William Miller, Esquire
Chapter 13 Trustee
*via ECF notification*