**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: Elaine M. Farnum | CHAGE CHAPTER 13
      Debtor(s)

BKY. NO. 14-17201 AMC

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

    Kindly enter my appearance on behalf of Beal Bank S.S.B., as Servicer, and index same on the master mailing list.

Re: Loan # Ending In: 3327

                      Respectfully submitted,

                      **/s/Thomas Puleo, Esquire**
                      Thomas Puleo, Esquire
                      Brian C. Nicholas, Esquire
                      KML Law Group, P.C.
                      701 Market Street, Suite 5000
                      Philadelphia, PA 19106-1532
                      (215) 825-6306  FAX (215) 825-6406