**UNITED STATES BANKRUTPCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

ELAINE M. FARNUM                                Chapter 13

               Debtor                Bankruptcy No. 14-17201-AMC

### Order Dismissing Chapter 13 Case and
### Directing Counsel to File Master Mailing List

       AND NOW, this  2nd  day of  April , 2019, upon consideration of the Motion to Dismiss filed by William C. Miller, standing trustee, this case is dismissed and it is further ORDERED, that counsel for the debtor, shall file a master mailing list with the clerk of the Bankruptcy Court, currently updated (if such has not been previously filed); and it is further

       **ORDERED**, that any wage orders are hereby vacated; and it is further

**ORDERED**, that in light of the Consent Order previously entered in this matter by and among the standing trustee, debtor(s) and counsel for the debtor(s), the dismissal of this case is **WITH PREJUDICE**, in accordance with the express terms of such **CONSENT ORDER**.

_____
Ashely M. Chan
Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

[Debtor's Attorney]
JONATHAN H STANWOOD ESQ
8 PENN CENTER, SUITE 1000
1628 JFK BLVD
PHILADELPHIA, PA 19103

[Debtor]
ELAINE M. FARNUM

P.O. BOX 28957

PHILADELPHIA, PA 19151-