United States Bankruptcy Court
Eastern District of Pennsylvania

```
In re:                                                          Case No. 14-17201-amc
Elaine M. Farnum                                                Chapter 13
Elaine M. Farnum
        Debtors
```

## CERTIFICATE OF NOTICE

```
District/off: 0313-2          User: YvetteWD           Page 1 of 2           Date Rcvd: Apr 05, 2019
                              Form ID: pdf900         Total Noticed: 15
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 07, 2019.
```
db              +Elaine M. Farnum,    MAILING ADDRESS,    P.O. Box 28957,    Philadelphia, PA 19151-0957
db              +Elaine M. Farnum,    313 N. 65th Street,    Philadelphia, PA 19139-1009
13386448         Andrew Gornall, Esq.,    KML Law Group,    701 Market Street, Suite 5000,
                   Philadelphia, Pa 19106-1541
13386442        +Beal Bank,   1 Corporate Drive, Suite 360,    Attn.: Bankruptcy Department,
                   Lake Zurich, IL 60047-8945
13386444        +Ecast Settlement Corporation,    PO Box 35480,    Newark, NJ 07193-5480
13386445        +PGW,    800 W Montgomery Ave,    Philadelphia, Pa 19122-2806
13386446        +Phila Water Dept,    1101 Market St # 5,    Philadelphia, Pa 19107-2935
13386447        +The Law Offices of Jonathan Stanwood, LL,    1628 JFK Blvd.,    Suite 1000,
                   Philadelphia, PA 19103-2100
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg              E-mail/Text: megan.harper@phila.gov Apr 06 2019 02:36:53     City of Philadelphia,
                   City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                   Philadelphia, PA 19102-1595
smg              E-mail/Text: RVSVCBICNOTICE1@state.pa.us Apr 06 2019 02:36:08
                   Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                   Harrisburg, PA 17128-0946
smg             +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Apr 06 2019 02:36:40     U.S. Attorney Office,
                   c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr               E-mail/Text: megan.harper@phila.gov Apr 06 2019 02:36:53     City of Philadelphia,
                   Law Revenue Bureau,    c/o Megan N. Harper, Esquire,    1401 John F. Kennedy Boulevard,
                   5th Floor, Municipal Services Bldg,    Philadelphia, PA 19102
13386443         E-mail/Text: megan.harper@phila.gov Apr 06 2019 02:36:53     City of Philadelphia,
                   Dept of Revenue,    P.O. Box 1630,    Philadelphia, Pa 19105-1630
13485583        +E-mail/Text: megan.harper@phila.gov Apr 06 2019 02:36:52
                   CITY OF PHILADELPHIA, LAW DEPARTMENT  TAX UNIT,    MUNICIPAL SERVICES BUILDING,
                   1401 JOHN F. KENNEDY BLVD., 5TH FLOOR,    PHILADELPHIA, PA 19102-1640
13687994        +E-mail/Text: megan.harper@phila.gov Apr 06 2019 02:36:53
                   CITY OF PHILADELPHIA, LAW DEPARTMENT  TAX UNIT,    BANKRUPTCY GROUP, MSB,
                   1401 JOHN F. KENNEDY BLVD., 5TH FLOOR,    PHILADELPHIA, PA 19102-1640
                                                                                               TOTAL: 7
```

```
            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 07, 2019                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 5, 2019 at the address(es) listed below:
```
              ANDREW F GORNALL    on behalf of Creditor    Beal Bank S.S.B. agornall@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              BRIAN CRAIG NICHOLAS    on behalf of Creditor    Beal Bank S.S.B. bnicholas@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              JACK K. MILLER    on behalf of Trustee WILLIAM C. MILLER, Esq. philaecf@gmail.com,
               ecfemails@ph13trustee.com
              JONATHAN H. STANWOOD    on behalf of Debtor Elaine M. Farnum jhs@stanwoodlaw.com,
               nes@stanwoodlaw.com,jhsecf@gmail.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor    Beal Bank S.S.B. bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              MEGAN N. HARPER    on behalf of Creditor    City of Philadelphia megan.harper@phila.gov,
               karena.blaylock@phila.gov
```

```
District/off: 0313-2          User: YvetteWD              Page 2 of 2                   Date Rcvd: Apr 05, 2019
                              Form ID: pdf900             Total Noticed: 15
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
          REBECCA ANN SOLARZ    on behalf of Creditor    Beal Bank S.S.B. bkgroup@kmllawgroup.com
          THOMAS I. PULEO    on behalf of Creditor    Beal Bank S.S.B. tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM C. MILLER    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com, philaecf@gmail.com
          WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com, philaecf@gmail.com

                                                                                                       TOTAL: 11

**UNITED STATES BANKRUTPCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

ELAINE M. FARNUM                                Chapter 13

                Debtor                   Bankruptcy No. 14-17201-AMC

### Order Dismissing Chapter 13 Case and
### Directing Counsel to File Master Mailing List

**AND NOW**, this  2nd  day of  April , 2019, upon consideration of the Motion to Dismiss filed by William C. Miller, standing trustee, this case is dismissed and it is further ORDERED, that counsel for the debtor, shall file a master mailing list with the clerk of the Bankruptcy Court, currently updated (if such has not been previously filed); and it is further

**ORDERED**, that any wage orders are hereby vacated; and it is further

**ORDERED**, that in light of the Consent Order previously entered in this matter by and among the standing trustee, debtor(s) and counsel for the debtor(s), the dismissal of this case is **WITH PREJUDICE**, in accordance with the express terms of such **CONSENT ORDER**.

                                            Ashely M. Chan
                                            Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

[Debtor's Attorney]
JONATHAN H STANWOOD ESQ
8 PENN CENTER, SUITE 1000
1628 JFK BLVD
PHILADELPHIA, PA 19103

[Debtor]
ELAINE M. FARNUM

P.O. BOX 28957

PHILADELPHIA, PA 19151-