UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:                                  :      No.: 14-17201-AMC

    Elaine Farnum                       :

        Debtor                        :      Chapter 13

### Certificate of Service

      I, Jonathan H. Stanwood, Esquire, attorney for the debtor, hereby certify that on

the date listed below I caused a copy of the forgoing Motion to Reconsider to be served either

electronically or via first class mail on the following parties:


Office of the US Trustee
833 Chestnut Street, Suite 500
Philadelphia, Pa 19107

William C. Miller, Trustee
*via ECF*

JACK K. MILLER
Jack K Miller Esq.
The Bouse Bldg.
111 S. Independence Mall E.
Philadelphia, PA 19106
215-627-1377
Email: philaecf@gmail.com


By: _____
     Jonathan H. Stanwood, Esquire
     8 Penn Center
     1628 JFK Blvd., Suite 1000
     Philadelphia, Pa 19103
     (215) 569-1040
     Dated: April 9, 2019