UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | No.: 14-17201-AMC |
| Elaine Farnum | : | |
| Debtor | : | Chapter 13 |

**Certificate of Service**

I, Jonathan H. Stanwood, Esquire, attorney for the debtor, hereby certify that on the date below I caused a copy of the forgoing Amended Notice of Motion to be served either electronically or via first class mail on all creditors and parties in interest.

By:  /s/Jonathan H. Stanwood, Esquire
Jonathan H. Stanwood, Esquire
Attorney for Debtor
8 Penn Center
1628 JFK Blvd., Suite 1000
Philadelphia, Pa 19103
(215) 569-1040
Dated: May 16, 2019