UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:                                          :    No.: 14-17201-AMC

    Elaine Farnum                           :

        Debtor                             :    Chapter 13

**Praecipe To Withdraw Document**

TO THE CLERK AND ALL PARTIES IN INTEREST**,**

    Kindly withdraw document 139 filed in error.

                                            By:    /s/Jonathan H. Stanwood, Esquire
                                                       Jonathan H. Stanwood, Esquire
                                                       Attorney for Debtor
                                                     8 Penn Center
                                                     1628 JFK Blvd., Suite 1000
                                                     Philadelphia, Pa 19103
                                                     (215) 569-1040
                                                     Dated: May 16, 2019