UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re: : No.: 14-17201-AMC

Elaine M. Farnum :

Debtor : Chapter 13

ORDER

Upon consideration of the above Debtor's Motion to Reconsider order dismissing chapter 13 case and any response thereto, it is hereby

ORDERED that the motion is GRANTED. The order dismissing the above matter dated April 2, 2019, is hereby VACATED and the case is reinstated.

By the Court:

**Date: July 3, 2019**

Ashely M. Chan
United State Bankruptcy Judge