United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                              Case No. 14-17201-amc
Elaine M. Farnum                                                    Chapter 13
Elaine M. Farnum
        Debtors

## CERTIFICATE OF NOTICE

District/off: 0313-2          User: dlv              Page 1 of 2              Date Rcvd: Jul 03, 2019
                              Form ID: pdf900        Total Noticed: 15

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 05, 2019.
db             +Elaine M. Farnum,    MAILING ADDRESS,    P.O. Box 28957,    Philadelphia, PA 19151-0957
db             +Elaine M. Farnum,    313 N. 65th Street,    Philadelphia, PA 19139-1009
13386448        Andrew Gornall, Esq.,    KML Law Group,    701 Market Street, Suite 5000,
                 Philadelphia, Pa 19106-1541
13386442       +Beal Bank,   1 Corporate Drive, Suite 360,    Attn.: Bankruptcy Department,
                 Lake Zurich, IL 60047-8945
13386444       +Ecast Settlement Corporation,    PO Box 35480,    Newark, NJ 07193-5480
13386445       +PGW,   800 W Montgomery Ave,    Philadelphia, Pa 19122-2806
13386446       +Phila Water Dept,    1101 Market St # 5,    Philadelphia, Pa 19107-2935
13386447       +The Law Offices of Jonathan Stanwood, LL,    1628 JFK Blvd.,    Suite 1000,
                 Philadelphia, PA 19103-2100

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: megan.harper@phila.gov Jul 04 2019 03:05:14      City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA 19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jul 04 2019 03:04:40
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA 17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jul 04 2019 03:04:55      U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr              E-mail/Text: megan.harper@phila.gov Jul 04 2019 03:05:14      City of Philadelphia,
                 Law Revenue Bureau,    c/o Megan N. Harper, Esquire,    1401 John F. Kennedy Boulevard,
                 5th Floor, Municipal Services Bldg,    Philadelphia, PA 19102
13386443        E-mail/Text: megan.harper@phila.gov Jul 04 2019 03:05:13      City of Philadelphia,
                 Dept of Revenue,    P.O. Box 1630,    Philadelphia, PA 19105-1630
13485583       +E-mail/Text: megan.harper@phila.gov Jul 04 2019 03:05:13
                 CITY OF PHILADELPHIA, LAW DEPARTMENT   TAX UNIT,    MUNICIPAL SERVICES BUILDING,
                 1401 JOHN F. KENNEDY BLVD., 5TH FLOOR,    PHILADELPHIA, PA 19102-1640
13687994       +E-mail/Text: megan.harper@phila.gov Jul 04 2019 03:05:14
                 CITY OF PHILADELPHIA, LAW DEPARTMENT   TAX UNIT,    BANKRUPTCY GROUP, MSB,
                 1401 JOHN F. KENNEDY BLVD., 5TH FLOOR,    PHILADELPHIA, PA 19102-1640
                                                                                               TOTAL: 7

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 05, 2019                               Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 3, 2019 at the address(es) listed below:
              ANDREW F GORNALL    on behalf of Creditor    Beal Bank S.S.B. agornall@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              BRIAN CRAIG NICHOLAS    on behalf of Creditor    Beal Bank S.S.B. bnicholas@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              JACK K. MILLER    on behalf of Trustee WILLIAM C. MILLER, Esq. philaecf@gmail.com,
               ecfemails@ph13trustee.com
              JONATHAN H. STANWOOD    on behalf of Debtor Elaine M. Farnum jhs@stanwoodlaw.com,
               cmm@stanwoodlaw.com,jhsecf@gmail.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor    Beal Bank S.S.B. bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              MEGAN N. HARPER    on behalf of Creditor    City of Philadelphia megan.harper@phila.gov,
               karena.blaylock@phila.gov

```
District/off: 0313-2                  User: dlv                    Page 2 of 2                   Date Rcvd: Jul 03, 2019
                                      Form ID: pdf900              Total Noticed: 15
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

        REBECCA ANN SOLARZ   on behalf of Creditor    Beal Bank S.S.B. bkgroup@kmllawgroup.com
        THOMAS I. PULEO   on behalf of Creditor   Beal Bank S.S.B. tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
        WILLIAM C. MILLER   on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com, philaecf@gmail.com
        WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com, philaecf@gmail.com

                                                                                         TOTAL: 11

Case 14-17201-amc    Doc 146    Filed 07/05/19    Entered 07/06/19 01:03:48    Desc
Imaged Certificate of Notice    Page 2 of 3

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:                                    :    No.: 14-17201-AMC

Elaine M. Farnum                          :

    Debtor                                :    Chapter 13

## ORDER

Upon consideration of the above Debtor's Motion to Reconsider order dismissing chapter 13 case and any response thereto, it is hereby

ORDERED that the motion is GRANTED. The order dismissing the above matter dated April 2, 2019, is hereby VACATED and the case is reinstated.

By the Court:

**Date: July 3, 2019**

Ashely M. Chan
United State Bankruptcy Judge