# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Elaine M. Farnum | |
|                Debtor | CHAPTER 13 |
| Beal Bank S.S.B. | |
|                Movant | |
|     vs. | |
| | NO. 14-17201 AMC |
| Elaine M. Farnum | |
|                Debtor | |
| John Farnum | |
|                Co-Debtor | 11 U.S.C. Sections 362 and 1301 |
| William C. Miller, Esquire | |
|                Trustee | |

## PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

Kindly withdraw the *Motion for Relief from Co-Debtor Stay re: 6325 Vine Street, Philadelphia, PA, 19139, in addition to Motion for Relief from Stay re: 6325 Vine Street, Philadelphia, PA, 19139*, by Beal Bank S.S.B., which was filed with the Court on or about September 17, 2019 (Doc. No. 148).

                                              Respectfully submitted,

                                              **/s/ Rebecca A. Solarz, Esquire**
                                              Rebecca A. Solarz, Esquire
                                              KML Law Group, P.C.
                                              BNY Mellon Independence Center
                                              701 Market Street, Suite 5000
                                              Philadelphia, PA  19106
                                              215-627-1322

November 8, 2019