United States Bankruptcy Court
Eastern District of Pennsylvania

```
In re:                                                          Case No. 14-17201-amc
Elaine M. Farnum                                                Chapter 13
Elaine M. Farnum
        Debtors
```

## CERTIFICATE OF NOTICE

```
District/off: 0313-2         User: dlv              Page 1 of 2              Date Rcvd: Nov 15, 2019
                             Form ID: 138NEW        Total Noticed: 15
```

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 17, 2019.
db             +Elaine M. Farnum,    313 N. 65th Street,    Philadelphia, PA 19139-1009
db             +Elaine M. Farnum,    MAILING ADDRESS,    P.O. Box 28957,    Philadelphia, PA 19151-0957
13386448        Andrew Gornall, Esq.,    KML Law Group,    701 Market Street, Suite 5000,
                 Philadelphia, Pa 19106-1541
13386442       +Beal Bank,   1 Corporate Drive, Suite 360,    Attn.: Bankruptcy Department,
                 Lake Zurich, IL 60047-8945
13386444       +Ecast Settlement Corporation,    PO Box 35480,    Newark, NJ 07193-5480
13386445       +PGW,    800 W Montgomery Ave,    Philadelphia, Pa 19122-2806
13386446       +Phila Water Dept,    1101 Market St # 5,    Philadelphia, Pa 19107-2935
13386447       +The Law Offices of Jonathan Stanwood, LL,    1628 JFK Blvd.,    Suite 1000,
                 Philadelphia, PA 19103-2100

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: megan.harper@phila.gov Nov 16 2019 04:05:38     City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA 19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Nov 16 2019 04:04:32
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA 17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Nov 16 2019 04:05:31     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr              E-mail/Text: megan.harper@phila.gov Nov 16 2019 04:05:38     City of Philadelphia,
                 Law Revenue Bureau,    c/o Megan N. Harper, Esquire,    1401 John F. Kennedy Boulevard,
                 5th Floor, Municipal Services Bldg,    Philadelphia, PA 19102
13386443        E-mail/Text: megan.harper@phila.gov Nov 16 2019 04:05:38     City of Philadelphia,
                 Dept of Revenue,    P.O. Box 1630,    Philadelphia, PA 19105-1630
13485583       +E-mail/Text: megan.harper@phila.gov Nov 16 2019 04:05:38
                 CITY OF PHILADELPHIA, LAW DEPARTMENT TAX UNIT,    MUNICIPAL SERVICES BUILDING,
                 1401 JOHN F. KENNEDY BLVD., 5TH FLOOR,    PHILADELPHIA, PA 19102-1640
13687994       +E-mail/Text: megan.harper@phila.gov Nov 16 2019 04:05:38
                 CITY OF PHILADELPHIA, LAW DEPARTMENT TAX UNIT,    BANKRUPTCY GROUP, MSB,
                 1401 JOHN F. KENNEDY BLVD., 5TH FLOOR,    PHILADELPHIA, PA 19102-1640
                                                                                             TOTAL: 7

               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 17, 2019                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 15, 2019 at the address(es) listed below:
              ANDREW F GORNALL    on behalf of Creditor    Beal Bank S.S.B. agornall@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              BRIAN CRAIG NICHOLAS    on behalf of Creditor    Beal Bank S.S.B. bnicholas@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              JACK K. MILLER    on behalf of Trustee WILLIAM C. MILLER, Esq. philaecf@gmail.com,
               ecfemails@ph13trustee.com
              JONATHAN H. STANWOOD    on behalf of Debtor Elaine M. Farnum jhs@stanwoodlaw.com,
               paralegal@stanwoodlaw.com,jhsecf@gmail.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor    Beal Bank S.S.B. bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              MEGAN N. HARPER    on behalf of Creditor    City of Philadelphia megan.harper@phila.gov,
               karena.blaylock@phila.gov
```

```
District/off: 0313-2          User: dlv                Page 2 of 2                  Date Rcvd: Nov 15, 2019
                              Form ID: 138NEW          Total Noticed: 15
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

        REBECCA ANN SOLARZ    on behalf of Creditor    Beal Bank S.S.B. bkgroup@kmllawgroup.com
        THOMAS I. PULEO    on behalf of Creditor    Beal Bank S.S.B. tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
        WILLIAM C. MILLER    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com, philaecf@gmail.com
        WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com, philaecf@gmail.com

                                                                     TOTAL: 11

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

---

In Re: Elaine M. Farnum and Elaine M. Farnum

    Debtor(s)　　　　　　　　　　　　　Bankruptcy No: 14–17201–amc
　　　　　　　　　　　　　　　　　　　　　Chapter: 13

---

### *NOTICE OF DEADLINES*

To the debtor, debtor's counsel, trustee, and all creditors and parties in interest, NOTICE IS GIVEN THAT:

    1. The Standing Chapter 13 Trustee has filed his final report and account.

☑    2. Any objection to the Final Report and Account pursuant to Federal Rule 5009, must be filed **within 30 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

☑    3. Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing **within 14 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

    4. All objections must be filed with the Clerk at the following address:

        900 Market Street
        Suite 400
        Philadelphia, PA 19107

    5. In the absence of any objection, the Court may approve the Trustee's Final Report and Account and enter the Order of Discharge.

                                                For The Court
                                           Timothy B. McGrath
                                             Clerk of Court

Dated: 11/15/19

                                                                                      156 – 154
                                                                                  Form 138_new