Certificate Number: 01401-PAE-DE-033668409

Bankruptcy Case Number: 14-17201



01401-PAE-DE-033668409

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>November 7, 2019</u>, at <u>11:18</u> o'clock <u>PM EST</u>, <u>Elaine M Farnum</u> completed a course on personal financial management given <u>by internet</u> by <u>GreenPath, Inc.</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Eastern District of Pennsylvania</u>.

Date:   <u>November 7, 2019</u>           By:   <u>/s/Jeremy  Lark</u>

                                         Name:  <u>Jeremy  Lark</u>

                                         Title:   <u>FCC Manager</u>